```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CARMEN TAVAREZ-VARGAS,                                      :
                                                            :
                        Plaintiff,                          :
                                                            :          21-CV-9866 (VSB)
            -against-                                       :
                                                            :              ORDER
AMERICA'S CRATE 1776 LLC,                                   :
                                                            :
                        Defendant.                          :
                                                            :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on November 23, 2021.  (Doc. 1.)  Electronic summons was issued on November 24, 2021.  (Doc. 4.)  The deadline for Defendant to respond to Plaintiff's complaint was February 21, 2022.  (*See* Doc. 1.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 8, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 22, 2022
              New York, New York

                                                                       _____
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge