UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       :
CARMEN TAVAREZ-VARGAS,    :
       :
                        Plaintiff,  :
       :      21-CV-9866 (VSB)
            -against-       :
       :      **ORDER**
       :
AMERICA'S CRATE 1776 LLC,    :
       :
                      Defendant.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on November 23, 2021, (Doc. 1), and never filed an affidavit of service. On February 22, 2022, I ordered Plaintiff to seek a default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 8, 2022, or otherwise risk dismissal of the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 5.) Plaintiff has not sought default judgment against Defendant in accordance with Rule 4(H) of my Individual Rules by the deadline. It is hereby:

      ORDERED that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated:    March 9, 2022
             New York, New York
                                              _____
                                              VERNON S. BRODERICK
                                              United States District Judge